IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| KIMBERLY R. BANGLE, | § § § | |
| Plaintiff, | § § | |
| v. | § § | Civil Action No. 4:14-cv-240-O |
| GARY D. BANGLE, | § § § | |
| Defendant. | § § § § | |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE**

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. Plaintiff filed objections. The Court has conducted a *de novo* review of those portions of the proposed findings and recommendation to which objection was made. The Court finds that the Findings, Conclusions, and Recommendation of the United States Magistrate Judge are correct. Accordingly, Plaintiff's objections are **OVERRULED**, and the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge as the findings of the Court. This case is **DISMISSED** pursuant to 28 U.S.C. § 1915(e)(2) and for lack of subject matter jurisdiction.

**SO ORDERED** on this **14th day of May, 2014.**

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE